In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-04-095 CR


____________________



THE STATE OF TEXAS, Appellant



V.



PATRICK DASHAWN JONES, Appellee






On Appeal from the County Court at Law No. 3


Montgomery County, Texas


Trial Cause No. 03-183247






MEMORANDUM OPINION (1)


 We have before the Court a motion from the appellant, The State of Texas, to
withdraw its appeal pursuant to Tex. R. App. P. 42.2. The motion is signed by the district
attorney. No opinion has issued in this appeal.

 The motion is GRANTED and the appeal is therefore DISMISSED.

 PER CURIAM


Opinion Delivered December 22, 2004

Do Not Publish

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.